*E-Filed 2/12/15*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYRONE YOUNGS, | No. C 14-1020 RS (PR) |
|     Plaintiff, | **ORDER DENYING PLAINTIFF'S REQUEST FOR A COPY OF A DEPOSITION TRANSCRIPT;** |
| v. | |
| SHERIFF JAMES, | **ORDER EXTENDING TIME** |
|     Defendant. | |

### INTRODUCTION

Plaintiff has filed a (1) request for a copy of a complete transcript of his deposition testimony (Docket No. 40), and (2) motion for an extension of time to file an opposition to defendant's motion for summary judgment (Docket No 41). Plaintiff states that he has received only a partial copy of the transcript. Defendant opposes the request for a transcript because he provided plaintiff the pages used in the motion for summary judgment. He takes no position on the motion to extend time.

### DISCUSSION

Plaintiff's request for a copy of the deposition transcript is DENIED. To obtain a copy of the transcript, a party or deponent must pay the recording officer for such a copy. *See* Fed. R. Civ. P. 30(f)(3). Defendant is under no obligation to pay for a copy (*id.*), and

there is no statutory requirement that the Court pay for a copy of a deposition transcript, even for a litigant who is proceeding *in forma pauperis*. *See* 28 U.S.C. § 1915(d); *cf. Tabron v. Grace*, 6 F.3d 147, 158–59 (3d Cir. 1993) (finding no abuse of discretion because there is no authorization for the court to commit federal money to provide indigent litigants with copies of deposition transcripts).

Plaintiff's request for an extension of time (Docket No. 41) is GRANTED. The opposition, if any, shall be filed on or before April 1, 2015. **No further extensions of time will be granted.** If plaintiff fails to file his opposition on or before April 1, 2015, the Court will deem (1) plaintiff to have waived his right to file an opposition; and (2) the motion for summary judgment submitted and ready for decision. If plaintiff files an opposition, defendant's reply shall be filed within 15 days after the opposition has been filed. The Clerk shall terminate Docket No. 41.

**IT IS SO ORDERED**.

DATED: February 12, 2015

RICHARD SEEBORG
United States District Judge